IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HCA, Inc., | ) |
| Plaintiff, | ) No. 3:14-cv-01603 |
| | ) Senior Judge Haynes |
| v. | ) |
| ANTHONY PARRA, et al., | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 31) that Defendants' motion to dismiss for improper venue, or in the alternative, to transfer venue be denied. No party has filed an objection to the Magistrate Judge's Report and Recommendation.

Upon de novo review, the Court **ADOPTS** the Report and Recommendation. Defendants' motion (Docket Entry No. 10) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 1st day of July, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge